UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JON CHRIS McKINNEY, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 4:09CV1168 JCH |
| ) | |
| FEDERAL EXPRESS CORPORATION, ) | |
| ) | |
| Defendant(s). ) | |

## **ORDER**

This matter is before the Court upon its review of the record. In a letter dated October 25, 2010, Plaintiff Jon C. McKinney expresses concerns with his attorney, Mr. Jeffrey M. Witt. Upon consideration, the Court finds it necessary to hold a hearing to address these concerns.

Accordingly,

**IT IS HEREBY ORDERED** that this matter is set for a status conference on **Monday, November 1, 2010**, at **10:30 a.m.** in the courtroom of the undersigned.

**IT IS FURTHER ORDERED** that Plaintiff and attorneys for both parties are required to attend the status conference.


Dated this 27th day of October, 2010.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE